## Basalyga Estate.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Gene Basalyga*, appellant, in propria persona.

*Robert H. Sayers*, for appellee.

OPINION PER CURIAM, March 25, 1974:
Decree affirmed; costs on appellant.